NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALAN R. YOUNG,**
*Claimant-Appellant*

**v.**

**DAVID J. SHULKIN, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2017-1720

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 15-4340, Judge Margaret C. Bartley.

---

**JUDGMENT**

---

MICHAEL STRAHER and MICHAEL JOHN TSIMARAS, Hoxie & Associates, LLC, Millburn, NJ, argued for claimant-appellant. Also represented by THOMAS HOXIE.

IGOR HELMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE; Y. KEN LEE, BRANDON A. JONAS, Office of

General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and LOURIE, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 16, 2018 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |